AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Randolph Christian Griffin

was received by me on *(date)*  08/20/2025  .

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General

1300 Broadway, Denver, CO 80203  on *(date)*  08/20/2025 4:14pm  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date:  9.25.25

_____
Server's signature

Vitalyi Kaenko
Printed name and title

1898 S Flatiron Court, Suite 220, Boulder, CO 80301
Server's address

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Beth Kelley

was received by me on *(date)*    08/20/2025    .

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General

1300 Broadway, Denver, CO 80203    on *(date)*  08/20/2025 4:14pm    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____    ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    9.25.25

_____
*Server's signature*

Vitalyi Iseenko
*Printed name and title*


1898 S Flatiron Court, Suite 220, Boulder, CO 80301
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mary Claire Mulligan

was received by me on *(date)*        08/20/2025                    .

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General

1300 Broadway, Denver, CO 80203                                  on *(date)*   08/20/2025 4:14pm          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date:    9.25.25

_____
*Server's signature*

Vitalyi Isaenko
*Printed name and title*

1898 S Flatiron Court, Suite 220, Boulder, CO 80301
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                                        Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Will Mulligan

was received by me on *(date)*    08/20/2025

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General
1300 Broadway, Denver, CO 80203                              on *(date)*  08/20/2025 4:14pm        ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____                  on *(date)* _____      ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date:    9.25.25

_____
*Server's signature*

Vitalyi Iscenko
*Printed name and title*


1898 S Flatiron Court, Suite 220, Boulder, CO 80301
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kathleen Sinnott

was received by me on *(date)*      08/20/2025                    .

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General

1300 Broadway, Denver, CO 80203                         on *(date)*   08/20/2025 4:14pm        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0       .

I declare under penalty of perjury that this information is true.

Date:   9.25.25                            _____
                                                            *Server's signature*

                                            Vitalyi Isaenko
                                            _____
                                                            *Printed name and title*


                        1898 S Flatiron Court, Suite 220, Boulder, CO 80301
                                            *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Lisa Fine Moses

was received by me on *(date)*    08/20/2025    .

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General

1300 Broadway, Denver, CO 80203    on *(date)*   08/20/2025 4:14pm    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:   9.25.25

_____
*Server's signature*

Vitalyi Isaenko
_____
*Printed name and title*


1898 S Flatiron Court, Suite 220, Boulder, CO 80301
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01416-KAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rob Werking

was received by me on *(date)*    08/20/2025          .

☒ I personally served the summons on the individual at *(place)* Callie Heckman, Secretary at the Office of the Attorney General

1300 Broadway, Denver, CO 80203                              on *(date)*  08/20/2025 4:14pm        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date:  9.5.25

_____
Server's signature

_____
Vitalyi Isaenko
Printed name and title

1898 S Flatiron Court, Suite 220, Boulder, CO 80301
Server's address

Additional information regarding attempted service, etc:

Print        Save As...                                    Reset